U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Randy Gunther, Individually and for the use of Travelers Property Casualty Company | FILED: MAY 8, 2008<br>08CV2668    TD<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
|---|
| Patrick C. Timoney |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Patrick C. Timney |
| FIRM |
| Nelson Levine de Luca & Horst, LLC |
| STREET ADDRESS |
| 518 Township Line Road, Suite 300 |
| CITY/STATE/ZIP |
| Blue Bell, PA 19422 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 215-358-5142 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐