**Virginia Klipstein**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, May 08, 2008 4:18 PM |
| **To:** | Virginia Klipstein |
| **Subject:** | Pay.Gov Payment Confirmation |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UN678R
Agency Tracking ID: 07520000000002761930

Account Holder Name: Patrick Timoney
Transaction Type: Sale
Billing Address: 518 Township Line Road
City: Blue Bell
State/Province: PA
Zip/Postal Code: 19422
Country: USA
Card Type: American Express
Card Number: ***********1076
Expiration Date: Apr, 2009
Payment Amount: $350.00
Transaction Date: May 8, 2008 4:18:18 PM

## Virginia Klipstein

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, May 08, 2008 4:07 PM |
| **To:** | Virginia Klipstein |
| **Subject:** | Pay.Gov Payment Confirmation |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UN66IE
Agency Tracking ID: 07520000000002761714

Account Holder Name: Patrick Timoney
Transaction Type: Sale
Billing Address: 518 Township Line Road
City: Blue Bell
State/Province: PA
Zip/Postal Code: 19422
Country: USA
Card Type: American Express
Card Number: ***********1076
Expiration Date: Apr, 2009
Payment Amount: $350.00
Transaction Date: May 8, 2008 4:07:15 PM